# United States of America

| | |
|---|---|
| Roy El Shamar Kareem Riley Bey<br>United States of America<br>Post Office Box 1911<br>Irmo, South Carolina [29063-1911]<br><br>Creditor | IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF SOUTH CAROLINA |

SOUTH CAROLINA DEPARTMENT OF MOTOR VEHCLES
KEVIN A SHWEDO
PO BOX 1498
BLYTHWOOD, SOUTH CAROLINA 29016

RICHLAND COUNTY CENTRAL COURT
CLERK OF CORT
2500 DECKER BOULEVARD
COLUMBIA, SOUTH CAROLINA 29206

RICHLAND COUNTY SHERIFF'S DEPARTMENT
LEON LOTT
5623 TWO NOTCH ROAD
COLUMBIA, SOUTH CAROLINA 29223

LEXINGTON COUNTY CENTRAL TRAFFIC COURT
139 EAST MAIN STREET
SUITE A
LEXINGTON, SOUTH CAROLINA 29072

LEXINGTON COUNTY SHERRIF DEPARTMENT
JAY KOON
521 GIBSON ROAD # A
LEXINGTON, SOUTH CAROLINA 29072

STATE OF SOUTH CAROLINA
GOVORNER HENRY MCMASTER
SC DEPARTMENT OF ADMINISTRATION
POST OFFICE BOX 2825
COLUMBIA, SOUTH CAROLINA 29211

GEORGIA DEPARTMENT OF DRIVER SERVICES
PO BOX 80447
CONYERS, GEORGIA 30013

TALIAFERRO COUNTY SHERIFF'S OFFICE
758 WARRENTON ROAD SOUTH EAST
CRAWFORDVILLE, GEORGIA, 30631

**Extraordinary Writ of Execution**

RECEIVED
USDC CLERK, COLUMBIA, SC
2018 JUL 19 PM 3:53

THE UNITED STATES OF AMERICA
EXTRAORRDINARY WRIT OF EXECUTION & JUDICIAL ENFORCEMENT ACTION

Page 1 of 5

| | |
|---|---|
| TALIAFERRO COUNTY PROBATE COURT<br>MAGISTRATE CLARISS STEPHENS<br>PO BOX 264<br>CRAWFORDVILLE, GEORGIA 30631<br><br>GEORGIA STATE GOVERNMENT<br>CHRIS CARR, ATTORNEY GENERAL<br>40 CAPITAL SQUARE, SOUTH WEST<br>ATLANTA, GEORGIA 30334<br><br>GEORGIA STATE GOVERNMENT<br>NATHAN DEAL, GOVERNER<br>206 WASHINGTON STREET<br>SUITE 203, STATE CAPITOL<br>ATLANTA, GEORGIA 30334<br><br>LEXIS NEXIS<br>POST OFFICE BOX 105108<br>ATLANTA, GEORGIA, 30348-5108<br><br>ALL OTHER IN POSSESSION;<br><br>RESIDENT DEBTOR/DEFENDANTS | IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF SOUTH CAROLINA<br><br>Extraordinary Writ of Execution |

## PRAECIPE FOR PERSONAL SUMMONS
## INVOLUNTARY BANKRUPCTCY FOREIGN PROCEEDING & ACTION

Roy El Shamar Kareem Riley Bey of the United States of America is an autochthon American man who is bound to the land by heritage. Roy El Shamar Kareem Riley Bey, presents this Extraordinary Writ of Execution, herein referred to as, "EWOE"; against the above named debtor(s) for their violent acts to conspire to commit treasonous act against Roy El Shamar Kareem Riley Bey. The Debtor(s) are U.S. persons. U.S. defined in Title 28 USC 3002(15)a. The Debtor(s) their principals and agent included are foreign and have an Oath to the United States of America.

The Debtor(s) already know, should know and ought to have known that Roy El Shamar Kareem Riley Bey is an American National. The Debtor(s) are with duty to honor, Treaty and Constitutional Law. The Debtor(s) are also obligated to know: (a) Peace and Friendship Treaty entered into force January 28, 1837, 8 Stat. 484; TS 244-2; 9Bevans 1286 (b) PA House Resolution 75 of 1933, (c) South Carolina Moors Sundry Act of 1790, (d) Universal Declaration of Human Rights 1948, and (e) United Nations Declaration on The Rights of Indigenous Peoples

On March 3rd 2018, Taliaferro County Sheriff's Department in Georgia decided to arrest Roy El Shamar Kareem Riley Bey while traveling upon the land of United States of America on a Highway also known as I-20. The Taliaferro County Sheriff's Department, "Highway Man" and arresting agent(s), Chris Treedwell Badge #07, was given United States of America Passport as secondary proof of identification for Roy El Shamar Kareem Riley Bey. Chris Treedwell was never presented with any driver's license #102921357, because no driver's license contract with the #102921357, exist. However, Chris Treedwell ignored all laws upon the land and relied on his personal beliefs and his employer's policy and willfully violated the
THE UNITED STATES OF AMERICA
EXTRAORRDINARY WRIT OF EXECUTION & JUDICIAL ENFORCEMENT ACTION

Laws of the United States of America. Chris Treedwell decided cross state lines, to engage in, treason, extortion, human trafficking, and identity theft, engaging in interstate commerce and wire fraud to conspire with the State of South Carolina's Department of Motor Vehicle to acquire driver's license records of Roy Kareem Riley on a closed account. An account that has no driver's license contract. Chris Treedwell drafted postdated checks/bills/tickets numbers 89383, 89384, 89385 and 89386, which he later assigned to the Taliaferro Probate Court for abusive debt collection proceedings on April 19, 2018 against Roy El Shamar Kareem Riley Bey. The Debtor(s) have unlawful used Roy El Shamar Kareem Riley Bey's, Creditor' Estates/Government and used it for commercial purposes.

Roy El Shamar Kareem Riley Bey sent Judicial Notice Package, Constitutional Challenge to Taliaferro County Probate Court- Registered Mail # RE 379 588 765 US and sent copies to Chris Carr, Georgia Attorney General – Registered Mail # RE 379 588 779 US, Nathan Deal, Georgia Governor – Registered Mail # RE 379 588 782 US and Taliaferro County Sheriff's Office –Registered Mail # 379 588 751 US to settle and close the case. When the Debtor(s) do not fulfill their obligation, 28 USC 509B and are participating in conspiracy against rights 18 USC 241 and liable for engaging in criminal acts under 18 USC Chapter 96.

This EWOE is an Enforcement Action complying with International Law & Bankruptcy Laws, including but not limited to Title 15 of the United State Code in its entirety, Title 11 of the United States Code; Fair Debt Collection Practices Act, Dodd Frank Wall Street Reform, Public Law 111-203, Title 18 of the United State Code in its entirety. Furthermore, this Extraordinary Writ of Execution is also a constitutional Enforcement Action in compliance with the Preamble to the constitution, Bill of [W]Rights, Declaration of Independence, and Ten Commandments, respectively.

The above debtor(s) are charged will willful non-compliance and have multiple violations of Treason, Conspiracy. The debtor(s) have been notified of the National Status of Roy El Shamar Kareem Riley Bey, but are willfully non- compliant to Natural Law, Supreme Law, and Constitutional Laws.

## TERMINATION OF CONSENT/TRUST

Debtor(s) trespassed onto the Creditor' Estate/Government and have non-consensually acted as fiduciaries.

## REVOCATION OF AUTHORITY/PERMANENT INJUNCTION

In accordance with the Telephone Communications Protection Act ("TCPA") in its entirety, found within Title 45 USC and codified with 1692(c ) of the FDCPA, the Permanent Injunction, Termination of All Communications as codified in Bankruptcy Laws effectively Revokes any Automatic Stay, Waiver, Privilege, Permission, Grant extended to all Debtors of the United States and any State possession thereof.

Pursuant to the above, Debtor(s) lack any protection, immunity, if any ever existed, statehood, corporate citizenship, residency, entitlement otherwise. Therefore, all connections and agreements to all contracts entered upon are terminated as of the date of execution and initial communications. All third part(ies) are terminated and Revoked; they must direct all communications to the Independent Estate Holders and Owners as of the mailing of initial communication  Additionally, said Termination

and Revocation includes any Trust and Trust Positions, all Passports, Licenses Provisional, Hardship and otherwise.

The permanent injunction also applies, directly and indirectly, to each territorial security subject called an "under-sher[iff]", the "police", and any unsecured trespasser who purports to enforce, interfere with, carryout any false debt collection on behalf of any debtor, immigration alien resident. An under-sheriff is not a recognized constitution official for the United States of America and is subject to criminal and terrorism prosecution by the State for any previous, current and future Acts Of War.

### LEVY & GARNISHMENT & ORDER OF FORFEITURE

A Levy and Floating Lien remains in place and in favor of the Government Creditors, Principal. Levy and Lien is enforceable on Formal Written Notice, which is expressly implied within this Extraordinary Writ of Execution. The Garnishment and Seizure of any and all property, assets, possessions, names, titles, characters, statues, whenever and wherever found, is effective as of Initial Execution Date and Time.

The Secretary of Department of Treasury, Steve Mnuchin, is personally liable for providing a Final Report of Contents of the Account, 1692(g), calculated in LAWFUL MONEY for the United States, within five (5) non-business days.

**The Debtor(s) have 5 days to: 1- Cease and Desist; 2- Terminate Account Files and Personal Information; 3- Extract tickets and warrant out of system; 4- Return of all property Automobile Tags/plates; 5- And provide proof that tickets and warrants are terminated.**

Failure to comply as specified damages will continue to be assessed. And will result in a Money Judgment issued individually to each named party.

This Extraordinary Writ of Execution serves as a "Writ of Forfeiture" for all amounts, property, profits made acquired by the Debtor(s) in the personal titles, names, Estates and Government Official Status, Furthermore, this EWOE and Final Bankruptcy Order is not Appealable by Appeal or further Prayers, meaning to any subordinate and inferior Tribunal, including what is considered the [Supreme Court] for the District of Columbia, which is not a true Court for the United States of America

The Secretary of Treasury and Department, any Secretary, including secretary of State, are required by Writ of Mandamus to Seize All Money(s) in any debtor's possession or control, due or past due, including but not limited to delinquent Child Support, wages, salaries, commissions, and bonus possessed by the Debtor/Defendant(s) named and unnamed in this Extraordinary Writ of Execution; ALL are Levied Upon by Virtue of said Extraordinary Writ of Execution and all persons/subjects are hereby on Formal Notice to not pay over, directly transfer the same to anyone but myself ("Creditor").

BY MY FIRM HAND, this PERSONAL DECREE & ORDER is entered and EXECUTED this _19th_ day for the year of our Lord, two thousand eighteen (2018), the month of _July_.

_____ GREAT SEAL (SIGNATURE)
Roy El Shamar Kareem Riley Bey: JUDUCIAL OFFICIAL

THE UNITED STATES OF AMERICA
EXTRAORRDINARY WRIT OF EXECUTION & JUDICIAL ENFORCEMENT ACTION

THE UNITED STATES OF AMERICA
ATTORNEY GERNERAL FOR THE STATE
Post Office Box 1911
Irmo, South Carolina [29063-1911]